## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

JOSE LUIS MATUTE-DUARTE

No. 1:25-mj-00098-JCN

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Re-Entry of Removed Alien)

On about March 10, 2025, in the District of Maine, the defendant,

**JOSE LUIS MATUTE-DUARTE**

an alien, was found in the United States of America after having been removed therefrom on about May 18, 2015, at Harlingen, Texas, and not having obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

The complainant states that this complaint is based on the attached affidavit, which is incorporated by reference.

_____
Jeffrey Rankin, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Mar 13 2025

City and state: Bangor, ME

_____
John C Nivison U.S. Magistrate Judge
*Printed name and title*