## Synopsis
### (Complaint)

| | |
|---|---|
| **Name:** | Jose Luis Matute-Duarte |
| **Address:** (City & State Only) | Honduras |
| **Year of Birth and Age:** | 1989; 35 years |
| **Violations:** | Re-Entry of Removed Alien, 8 U.S.C. § 1326(a) |
| **Penalties:** | Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); Imprisonment of not more than 2 years pursuant to 8 U.S.C. § 1326(a)(2), or both. |
| **Supervised Release:** | Not more than one year. 18 U.S.C. § 3583(b)(3) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than one year. 18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | One year less any term of imprisonment imposed. |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Border Patrol, Agent Scott Hanton |
| **Detention Status:** | Arrest warrant requested |
| **Foreign National:** | Yes; Honduras |
| **Foreign Consular Notification Provided:** | Offered but declined |
| **County:** | Piscataquis |
| **AUSA:** | Alisa Ross |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | $100.00; 18 U.S.C. § 3013(a)(2)(A) |

1